## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

**Date: 1/2/14**

In re:   Case No.:   13–31698 RAG     Chapter:   7

Kenneth K. Wilson                              Kimberly A. Wilson
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT:   7 – Social Security Number Verification Page on behalf of Kenneth K. Wilson, Kimberly A. Wilson Filed by Charles J. Broida. (Broida, Charles)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 1/16/14. *Form uploaded is for a different bankruptcy case and unrelated debtors.**

CURE:   Please file a corrected verification form by the cure date provided.

CONSEQUENCE:   Failure to cure the problem(s) by the date below may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements:** http://www.mdb.uscourts.gov/content/filing–requirements.
**Additional information for non–attorney filers:** http://www.mdb.uscourts.gov/content/after–filing.

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Chris Adams  410–962–4215

cc:   Debtor(s)
      Attorney for Debtor(s) – Charles J. Broida

Form defntc (11/2013)